UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Ann U.<br><br>        Plaintiff;<br><br>  vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security;<br><br>        Defendant. | Case No.: 2:20-cv-05291-AS<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

TO ALL PARTIES AND ATTORNEYS OF RECORD HEREIN:

GOOD CAUSE APPEARING, pursuant to Stipulation of the Parties, this court hereby awards Plaintiff Laura Ann U. attorney fees and expenses in the amount of five thousand eight hundred and thirty-three dollars and sixty-five cents ($5,833.65) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d). .

Dated:  April 4, 2022                    / s / Sagar
                                        Honorable Alka Sagar
                                        United States Magistrate Judge